Taylor M. Tieman (SBN: 305269)
ttieman@consumerlawcenter.com
Krohn & Moss, Ltd.
1112 Ocean Drive, Suite 301
Manhattan Beach, CA 90266
Tel: (323) 988-2400 ext. 254
Fax: (866) 861-1390
MARY URENDA

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOHERN DIVISION

| | |
|---|---|
| MARY URENDA, | Case No.: 8:16-cv-00249-JLS-KES |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | **(Unlawful Debt Collection Practices)** |
| LOANME, INC., | |
| Defendant. | |

NOTICE OF SETTLEMENT

**TO THE COURT:**

NOW COMES the Plaintiff, MARY URENDA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated:	April 14, 2017	KROHN & MOSS, LTD.

By:	/s/ Taylor M. Tieman
Taylor M. Tieman
Attorney for Plaintiff,
MARY URENDA

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on April 14, 2017 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Taylor M. Tieman
Taylor M. Tieman