**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MARY URENDA, | **Case No.: 8:16-cv-00249-JLS-KES** |
| Plaintiff, | |
| v. | **ORDER** |
| LOANME, INC., | |
| Defendant. | |

- 1 -

ORDER OF DISMISSAL

LA01\LEECA\730196.1

- 2 -

1  Based upon the Joint Stipulation of Dismissal by all appearing parties and
2  pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed
3  with prejudice.  Each party to bear its own attorneys' fees and costs.

4

5  **IT IS SO ORDERED.**

6  Dated: May 3, 2017                                  _____
                                                        JOSEPHINE L. STATON
7                                                       HON. JOSEPHINE L. STATON
                                                        UNITED STATES DISTRICT JUDGE